the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

### No. 10M104. Juan Jesus Chan, Petitioner v. California.

563 U.S. 959, 131 S. Ct. 2174, 179 L. Ed. 2d 934, 2011 U.S. LEXIS 3244.

April 25, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

### No. 10M105. Becky Crone, Petitioner v. James Whiteside, et al.

563 U.S. 959, 131 S. Ct. 2174, 179 L. Ed. 2d 934, 2011 U.S. LEXIS 3198.

April 25, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

### No. 10-9095. Linda Ann Wright, Petitioner v. Nancy Craig, et al.

563 U.S. 959, 131 S. Ct. 2174, 179 L. Ed. 2d 934, 2011 U.S. LEXIS 3232.

April 25, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 16, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

### No. 10-9176. Mark Burdett, Petitioner v. Ramon Reynoso, et al.

563 U.S. 959, 131 S. Ct. 2174, 179 L. Ed. 2d 934, 2011 U.S. LEXIS 3312.

April 25, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 16, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

### No. 10-9334. Charlene Ross, Petitioner v. Federal Deposit Insurance Corporation, Receiver of Washington Mutual Bank.

563 U.S. 959, 131 S. Ct. 2174, 179 L. Ed. 2d 934, 2011 U.S. LEXIS 3270,

April 25, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 16, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

### No. 10-658. Douglas Vladimir Lopez-Dubon, Petitioner v. Eric H. Holder, Jr., Attorney General.

563 U.S. 960, 131 S. Ct. 2150, 179 L. Ed. 2d 934, 2011 U.S. LEXIS 3215.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.